## Commonwealth *v.* Edwards, Appellant.

Before Wil-

son, J., without a jury.

Submitted June 14, 1974. *Gilbert E. Toll*, for appellant; *James T. Ranney, David Richman, James J. Wilson, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.